IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DELLA JANE GLADDEN**                                                              **PLAINTIFF**

v.                              Case No.  5:13CV00116 KGB

**HOWMEDICA OSTEONICS CORPORATION,**
a New Jersey Corporation, d/b/a STRYKER ORTHOPAEDICS            **DEFENDANT**

## ORDER OF TRANSFER

After consulting with United States District Judge D.P. Marshall's office, it was determined that the above case is related to 4:12CV00701 DPM and should be transferred to Judge Marshall. Therefore, pursuant to General Order No. 39, this case is reassigned to Judge Marshall's docket. The Clerk of Court is directed to make the necessary chip exchange.

Dated this 17th day of April, 2013.

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

BY:  /s/ Debbie Craft
     Courtroom Deputy to
     U.S. District Judge Kristine G. Baker

cc:     Judges Baker & Marshall
       CRDs - Debbie Craft, Martha Fugate
       All Parties